**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **Plaintiff, Patrick Beaty** | ) JURY TRIAL DEMANDED )<br>) |
| v. | ) Case No.<br>) |
| **Experian Information Services** | )<br>) |
| **TransUnion LLC** | )<br>) |
| **Equifax Information Services LLC** | ) |
| **Defendants.** | |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

## I.   INTRODUCTION

This is an action for actual and statutory damages brought by Plaintiff Patrick Beaty an individual consumer, against Defendants, Experian Information Services, TransUnion LLC and Equifax Information Services LLC for violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter "FCRA"), which requires credit reporting agencies to follow reasonable procedures to ensure maximum possible accuracy

1

## II. JURISDICTION AND VENUE

Jurisdiction of this court arises under 15 U.S.C § 1681 and 28 U.S.C § 1331. Venue in this District is proper in that the Defendant transacts business in St Augustine, St Johns County, Florida, and the conduct complained of occurred in St Augustine, St Johns County, Florida.

## III. PARTIES

Plaintiff is a consumer residing in St Augustine, St Johns County, Florida. Plaintiff is a consumer as defined by the Fair Credit Reporting Act, 15 U.S.C. §1681a(c).

Defendant Experian Information Services is a business entity with its principal place of business at 475 Anton Boulevard, Costa Mesa, CA 92626.

Defendant TransUnion LLC is a business entity with its principal place of business at 555 West Adams Street, Chicago, IL 60661

Defendant Equifax Information Services LLC is a business entity with its principal place of business at 1550 Peachtree St NE, Atlanta, GA 30309

## IV. FACTS OF THE COMPLAINT

Defendants are "consumer reporting agencies" as defined by the FCRA, 15 U.S.C 1681a(f).

Pursuant to the Fair Credit Reporting Act (FCRA), specifically 15 U.S. Code § 1681i(a) (1)(A), Plaintiff notified each Defendant in writing of the discrepancies and requested that the information be updated to reflect accurate and complete data. Or to delete from his consumer disclosure.

Under the provisions of 15 U.S Code 1681i(a)(7) and 15 U.S Code 1681i(a)(6)(B)(iii), Plaintiff specifically requested: (a) written documentation received from the creditor supporting the presence of these tradelines and inquires; (b) a description of the actions taken to verify the accuracy of the information provided by the creditor; and (c) details on how the information was relayed to the creditor and the exact type of proof provided to the consumer reporting agencies. On August 14th, 2024, Plaintiff sent these requests along with a copy of his drivers license, social security card and bank statement for proof of address via certified mail to each Defendant 9407111898765485194577, 9407111898765485195888, and 9407111898765485195628, which were confirmed delivered.

Plaintiff also requested under 15 U.S Code 1681g(a) that defendants provide him with his entire consumer file, as defined by 15 U.S. Code 1681a(g)

Despite these efforts, defendants each responded by affirming the accuracy of the previously disputed tradelines and inquires without providing the requested method of verification, procedural descriptions or Plaintiffs complete consumer file.

Subsequent communication with defendants revealed acknowledgements by their representatives that plaintiff's consumer disclosure contained inaccuracies, yet no corrections were made. Representatives advised plaintiff to contact the furnishers of the information directly, contrary to the procedural obligations outlined under the FCRA to ensure maximum possible accuracy.

As a direct result of the defendants' actions and inactions, plaintiff has suffered financial hardships, including but not limited to high interest rates and denials of credit to include but not limited to chase, American Express, Bank of America, as well as significant emotional distress manifesting as anger anxiety depression and embarrassment.

Plaintiff contends that the defendants failure to adequately address and correct the inaccuracies in his credit report despite clear statutory obligations and plaintiffs

repeated requests constitutes willful noncompliance with the FCRA warranting statutory actual and punitive damages

## V.     Violations of the FCRA

Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

Defendant violated the FCRA.

Defendant's violations include, but are not limited to, the following:

Defendant violated 15 U.S.C § 1681i(a)(1)(A) of the FCRA by failing to conduct a reasonable reinvestigation

Defendant's violated 15 U.S.C § 1681i(a)(7) of the FCRA by failing to provide a notice of dispute to the entities that furnish the disputed information.

Defendant's violated 15 U.S.C § 1681i(a)(6)(B) of the FCRA by failing to provide a description of the procedures used to determine the accuracy and completeness of the information.

Defendant's violated 15 U.S.C § 1681g(a) of the FCRA by billing to provide plaintive with his complete consumer file upon request

Defendant's violated 15 U.S.C § 1681e(b) of the FCRA by period to follow reasonable procedures to ensure maximum possible accuracy of the information in plaintiffs consumer report

Defendant's is in violation of 15 U.S.C § 1681n of the FCRA as evidenced by their disregard for plaintiff's rights under the fair credit reporting act and their failure to adequately respond to his disputes and request for information

As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, statutory damages and costs.

## VI.   JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendant for:

A. Judgment for the violations occurred for violating the FCRA;

B. Actual damages pursuant to 15 U.S.C §1681n(a)(1)(A);

C. Statutory damages pursuant to 15 U.S.C §1681n(a)(1)(A);

D. Costs pursuant to 15 U.S.C §1681n(a)(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: November 15, 2024,      By:  s/ Patrick Beaty
(409) 571-0535
Pbeatyjr@icloud.com