UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK BEATY,

    Plaintiff,

v.                                                CASE NO. 3:24-cv-1179-HES-SJH

EXPERIAN INFORMATION
SERVICES, et al.,

    Defendants.
_____/

# ORDER

This matter is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 4), which recommends that this Court deny Beaty's "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" (Dkt. 2) and dismiss this action without prejudice. No objections to the Report and Recommendation were filed. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the Report and Recommendation in full.

    Accordingly, it is **ORDERED**:

    1. The Magistrate Judge's Report and Recommendation (Dkt. 4) is **ADOPTED**;

    2. Beaty's "Application to Proceed in District Court Without Prepaying

Fees or Costs (Long Form)" (Dkt. 2) is **DENIED**;

3. This case is **DISMISSED** without prejudice;

4. The Clerk of Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of February 2025.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Samuel J. Horovitz
Patrick Beaty, *Pro Se*

2